IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01677-WYD-KLM

STEPHEN M. CARR,

    Plaintiff,

v.

OFFICER MICHELLE HANLEY, in her official and individual capacities;
OFFICER BRANDON SAMUELS, in his official and individual capacities; and
THE CITY OF AURORA, COLORADO,

    Defendants.

## ORDER DISMISSING PARTIES

THIS MATTER is before the Court on the Combined Joint Stipulated Motion for Dismissal With Prejudice of Defendants Officer Hanley and Officer Samuels and Stipulated Motion to Amend Caption, filed February 2, 2010 [#25].  Upon review of the motion and file in this matter, I find that Defendants Hanley and Samuels should be dismissed from this action with prejudice, and Defendant City of Aurora shall be the sole remaining Defendant in this case.  Therefore, it is hereby

ORDERED that the Combined Joint Stipulated Motion for Dismissal With Prejudice, filed February 2, 2010 [#25] is **GRANTED**.  It is

FURTHER ORDERED that all claims and causes of action asserted against Defendants Officer Michelle Hanley and Officer Brandon Samuels are **DISMISSED WITH PREJUDICE**, each party to pay his or her own costs and attorneys' fees.  It is

FURTHER ORDERED that all future pleadings shall reflect the City of Aurora as the sole Defendant in this case.

Dated: February 3, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge