IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01677-WYD-KLM

STEPHEN M. CARR,

    Plaintiff,

v.

THE CITY OF AURORA, COLORADO,

    Defendant.

## ORDER DISMISSING CASE

THIS MATTER is before the Court on the Stipulated Motion for Dismissal filed by Plaintiff and Defendant City of Aurora on February 22, 2010 [#53].  Upon review of the motion and file in this matter, I find that the motion should be **GRANTED**.  In accordance therewith, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorneys' fees.

    Dated:  February 24, 2010

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge